IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

CANDICE M. HUGHES,                          *

                    Plaintiff,              *
v.                                              Case No. 1:19-CV-233 (LAG)
                                            *
TYSON FOODS, INC.,
                                            *
                    Defendant.
                                            *
_____
                                            *

## J U D G M E N T

Pursuant to this Court's Order dated April 30, 2020, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 1st day of May, 2020.

David W. Bunt, Clerk


s/ M. Danielle Morrow, Deputy Clerk